Motion GRANTED.
*[signature: Judge Trauger]*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Docket: 3:11-CR-00199 |
| **JAVAREE GROVES** | Judge Trauger |

## MOTION TO CONTINUE TRIAL

Comes now the Defendant, Javaree Groves, by and through undersigned counsel, Jennifer Lynn Thompson, and respectfully moves this Honorable Court for a continuance of the trial currently set for March 5, 2013 at 9:00 a.m. For cause, Counsel would state that Mr. Groves is currently engaged in settlement negotiations with the government and expects to resolve the matter through a plea agreement. He does not expect to go to trial.

Counsel now requests a continuance in this matter. Counsel has spoken to the Assistant United States Attorney, Alex Little, and he is unopposed to a continuance. A waiver of speedy trial will be filed contemporaneously with this motion.

Respectfully submitted,

s/Jennifer Lynn Thompson____
Jennifer Lynn Thompson, Tenn. BPR 18250
Attorney for Javaree Groves
715 Crescent Road
Nashville, TN 37205
(615) 320-4344 office
(615) 246-4111 fax
nashvilleattorney@gmail.com